# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

133079

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TERRIE ABEN,
        Plaintiff-Appellant,

v

OAKWOOD HEALTHCARE, INC.,
        Defendant-Appellee.

SC: 133079
COA: 263813
Wayne CC: 03-309091-NZ

_____/

      On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

s0530

_____
Clerk